FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 31 2014

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ARTHUR ETHAN BROWN, | Case No. CV 13-06485 FMO (AN) |
|---|---|
| Petitioner, | ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE |
| v. | |
| GROUND, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R"). Petitioner has failed to file objections, and as a result, he has waived any challenge to the Magistrate Judge's factual findings. *Robbins v. Carey*, 481 F.3d 1143, 1146-47 (9th Cir. 2007).

IT IS ORDERED that:

1. The Court accepts the findings and recommendation of the R&R.

2. Judgment shall be entered denying the Petition and dismissing this action with prejudice.

3. All pending motions are denied as moot and terminated.

///

///

1
2      IT IS FURTHER ORDERED that the clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.
3
4
5  Dated: March 28, 2014
6
                                        /s/
                         FERNANDO M. OLGUIN
                       UNITED STATES DISTRICT JUDGE

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28