ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**MAR 3 1 2014**

CENTRAL DISTRICT OF CALIFORNIA
BY Shy                    DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**MAR 3 1 2014**

CENTRAL DISTRICT OF CALIFORNIA
BY  shy                   DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ARTHUR ETHAN BROWN, <br>      Petitioner, <br><br>     v. <br><br> GROUND, <br>      Respondent. | Case No.  CV 13-06485 FMO (AN) <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: March 28, 2014

                                /s/
                        FERNANDO M. OLGUIN
            UNITED STATES DISTRICT JUDGE